**BRONSON LAW OFFICES, P.C.**
480 Mamaroneck Avenue, Harrison, NY 10528
Telephone:
914-269-2530
Fax: 888-908-6906

November 3, 2023

<u>VIA CM ECF</u>
The Honorable Jennifer H. Rearden
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

*Application GRANTED. The deadline for Appellant to file its brief is extended to **December 13, 2023**. Appellee shall file its brief within 60 days of the filing of Appellant's brief.*

*The Clerk of Court is directed to terminate ECF No. 5.*

*SO ORDERED.*

*/s/ Jennifer H. Rearden*
*Jennifer H. Rearden, U.S.D.J.*
*Date: November 3, 2023*

**Re: Case No.: 1:23-cv-07942-JHR**
**In Re: 307 Assets LLC**

<u>Letter Motion on Consent Seeking 30 Day Extension of Time to File Appellant's Brief and 60 Days From the Filing of Appellant's Brief for Appellee's Brief to be Filed</u>

Dear Judge Rearden:

Please be advised that the undersigned counsel represents Sei Insieme LLC the Appellant, in the above referenced matter. Appellant requests that the deadline for filing its brief be extended from November 13, 2023 to December 13, 2023 and that Appellee may have 60 days from the date of filing to file the Appellee's brief.

No previous requests for extension have been made. Appellant's counsel needs additional time to complete the brief due to office staff having the flu. Mark Frankel Esq., counsel for the Appellee has consented to this request provided our office requested the additional time for Appellee to file its brief.

Thank you for your attention to this matter.

Respectfully,

*/s/H. Bruce Bronson*
H. Bruce Bronson, Esq.

cc: All parties by ECF